# EXHIBIT A

```
GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7751
Joseph.Bozdech@usdoj.gov
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CV 23-02416-PHX-ROS |
|---|---|
| Plaintiff, | **DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT** |
| v. | |
| FNH USA, LLC M249S Rifle CAL:556, Serial Number M249SA09203, | |
| Defendant *In Rem*. | |

I, Joseph F. Bozdech, hereby declare and state as follows:

1. I am an Assistant United States Attorney for the District of Arizona and am responsible for this action.

2. I have reviewed status reports generated by the United States Department of Defense Manpower Data Center pursuant to the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. § 3901 *et seq.*, for potential claimant James Florencio. Based on these status reports, potential claimant James Florencio is not now, and has not been at any time during the pendency of this action, in military service as defined by the SCRA. *See* Exhibit B.

3. Upon information and belief, potential claimant James Florencio is neither a minor nor incompetent person.

/ /

/ /

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed this 13th day of May, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/S/ Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney
